# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sharon Thomas ,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-387

Duke University, et al

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/4/2012 Order.

Signed: November 1, 2012

Frank G. Johns, Clerk
United States District Court